# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HECTOR ADAN LOPEZ ROJOP,<br><br>                 Petitioner,<br>   v.<br><br>CAMMILLA WAMSLEY, et al.,<br><br>                 Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:25-cv-02058 |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED with the relief ordered in Dkt. 15.

Dated October 28, 2025.

                                                      Ravi Subramanian
                                                      Clerk of Court

                                                      */s/Courtroom Deputy*
                                                      Deputy Clerk